**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1857-17T3

MOORESTOWN FRIENDS
SCHOOL ASSOCIATION,

    Plaintiff-Respondent,

v.

CHRISTOFER DALOISIO and
DEENA DALOISIO,

    Defendants-Appellants.

_____

Submitted May 30, 2019 - Decided June 11, 2019

Before Judges Accurso, Vernoia and Moynihan.

On appeal from Superior Court of New Jersey, Chancery Division, Burlington County, Docket No. C-000027-16.

Duane Morris LLP, attorneys for appellants (Andrew R. Sperl, of counsel and on the brief; Vincent J. Nolan, III and Stuart I. Seiden, on the brief).

Sherman, Silverstein, Kohl, Rose & Podolsky, PA, attorneys for respondent (Jeffrey P. Resnick, of counsel and on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-1857-17T3